**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony MCQUEEN, a/k/a Champ,**
**Defendant–Appellant.**

No. 01–6025.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 15, 2001.

Anthony McQueen, pro se.

Anne Margaret Hayes, Assistant United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Anthony McQueen seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his motion for enlargement of time to file a motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McQueen*, Nos. CR–95–26–BR;  CA–98–201–7–BR (E.D.N.C. Nov. 8, 2000; Nov. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*